11th Court of Appeals

 Eastland, Texas

            Opinion

 

Carrla Sue
Pinkerton a/k/a Carrla Koonce

Appellant

Vs.       No. 11-02-00090-CV B Appeal from Dawson County

Brian Ladd
Pinkerton

Appellee

 

Appellant
is attempting to appeal from temporary orders entered by the trial court
pursuant to the Texas Family Code and signed on January 31, 2002.  In response to this court=s request, appellant has
filed a motion to continue her appeal. 
In her motion, appellant acknowledges that the January 31 temporary orders
are Anot appealable@ but states that she filed
the notice of appeal Aout
of an abundance of caution@
pending this court=s
ruling on her mandamus petition.[1]

Appellant=s motion to continue the
appeal is overruled.  The appeal is
dismissed for want of jurisdiction.

 

PER CURIAM

 

May 16, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.

 











[1]In re Carrla Sue Pinkerton a/k/a Carrla Koonce, No.
11-02-00077-CV.  The petition for writ
of mandamus was denied on March 21, 2002.